No. 02–7135.   AGNEW *v.* GARRAGHTY, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 02–7140.   CRUZ *v.* SMALL, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 02–7141.   FRANKLIN *v.* SMALL, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 02–7142.   PINET *v.* BLAINE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 02–7144.   PETERSON *v.* PIEDMONT TECHNICAL COLLEGE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 02–7151.   SLAUGHTER *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 02–7154.   THOMAS *v.* SMALL, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 02–7155.   ARMSTRONG *v.* IOWA.   Ct. App. Iowa.   Certiorari denied.

No. 02–7159.   LARSON *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 02–7164.   PEARSON *v.* NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 02–7168.   JOHNSON *v.* NEWLAND, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 02–7169.   KRAUSE *v.* WADDINGTON, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER.   C. A. 9th Cir.   Certiorari denied.

No. 02–7170.   LLOYD *v.* VANNATTA, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY.   C. A. 7th Cir.   Certiorari denied.

No. 02–7187.   VALLE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.